JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

NNADOZIE DIKE,

Plaintiff,

v.

CITY OF LOS ANGELES, ET AL.,

Defendants.

Case No. 2:24-cv-05394-KK-AJR

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: September 21, 2026

HON. KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE